**Mermann KELLAM, Plaintiff–
Appellant,**

v.

**Ronald ANGELONE, Director; Howard
Young, Representative; K.V. Bonner,
Unit Manager, Defendants–Appellees.**

No. 01–6083.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 13, 2001.

Decided Nov. 5, 2001.

**220**

Mermann Kellam, pro se.

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Mermann Kellam appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Kellam v. Angelone,* No. CA–00–529–AM (E.D.Va. Nov. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*